UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

Nicole Cumberbatch
*aka* Nicole Cumberbatch-Cox
*dba* Gloria's In & Out III
*dba* Gloria's In & Out 3,                               Chapter 7
                                                         Case No. 1-21-40360-ess

                          Debtor.
--------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Debra Kramer, hereby declares that on May 19, 2021, I served a true and correct copy of the (i) Notice of Trustee's Motion for Entry of an Order Extending Time to Object to the Debtor's Discharge and File a Motion to Dismiss, and (ii) Trustee's Motion for Entry of an Order Extending Time to Object to the Debtor's Discharge and File a Motion to Dismiss, with exhibit A, upon the following persons by first class mail:

                Office of the United States Trustee
                Eastern District of New York (Brooklyn Office)
                U.S. Federal Office Building
                201 Varick Street, Suite 1006
                New York, NY 10014
                Attn: Rachel Wolf, Esq.
                      Trial Attorney

                Nicole Cumberbatch
                *aka* Nicole Cumberbatch-Cox
                *dba* Gloria's In & Out III
                *dba* Gloria's In & Out 3
                1553 Eastern Parkway
                Brooklyn, NY 11233

                The Law Firm of Ravi Batra, P.C.
                The Batra Building
                142 Lexington Avenue
                New York, New York 10016
                Attn: Ravi Batra, Esq.

Attn: BMW Financial Services NA, LLC Department
AIS Portfolio Services, LP
Account: XXXXXX0259
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Attn: BMW Financial Services NA, LLC Department
AIS Portfolio Services, LP
Account: XXXXXX0608
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Attn: BMW Financial Services NA, LLC Department
AIS Portfolio Services, LP
Account: XXXXXX2023
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011
Attn: Ed Gezel, Agent

The Rambadadt Law Office
20 W. 20th Street-2nd Floor
New York, New York 10011
Attn: Robert Rambadadt, Esq.

at the addresses designated by said parties for that purpose by depositing a true

copy of same in a postpaid properly addressed wrapper in an official depository

under the exclusive care and custody of the United States Postal Service.

Dated: East Hampton, New York
     May 19, 2021

                                                      /s/ Debra Kramer_____
                                                   Debra Kramer