United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 21-40360-ess
Nicole Cumberbatch  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1     User: admin     Page 1 of 2
Date Rcvd: May 25, 2021     Form ID: pdf000     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Cumberbatch, 1553 Eastern Parkway, Brooklyn, NY 11233-4724 |
| cr | + | Daimler Trust, c/o Bk Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 9939239 | + Email/PDF: acg.acg.ebn@americaninfosource.com | May 25 2021 18:25:46 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Debra Kramer | dkramer@kramerpllc.com;trustee@kramerpllc.com ny73@ecfcbis.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Ravi Batra | on behalf of Plaintiff Ravi Batra ravi@ravibatralaw.com todd@ravibatralaw.com |

District/off: 0207-1                         User: admin                              Page 2 of 2
Date Rcvd: May 25, 2021                      Form ID: pdf000                          Total Noticed: 3

Ravi Batra
                on behalf of Creditor Ravi Batra ravi@ravibatralaw.com todd@ravibatralaw.com

Ravi Batra
                on behalf of Creditor Nel-Del Realty Associates  LLC ravi@ravibatralaw.com, todd@ravibatralaw.com

Ravi Batra
                on behalf of Plaintiff Nel-Del Realty Associates LLC ravi@ravibatralaw.com  todd@ravibatralaw.com

Robert Rambadadt
                on behalf of Creditor Robert Rambadadt rrambadadt@ramba-law.com

TOTAL: 7

District/off: 0207-1                         User: admin                              Page 2 of 2
Date Rcvd: May 25, 2021                      Form ID: pdf000                          Total Noticed: 3

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In Re:

Nicole Cumberbatch,                                                   Case No. 21-40360-ess

*aka* Nicole Cumberbatch-Cox,                                  Chapter 7
*dba* Gloria's In & Out III,
*dba* Gloria's In & Out 3,

                                Debtor.

------------------------------------------------------------x

## CONSENT ORDER DIRECTING COMPLIANCE WITH
## BANKRUPTCY CODE SECTION 362(a)

WHEREAS, on February 13, 2021, Nicole Cumberbatch filed a voluntary petition for relief under Chapter 7 under the Bankruptcy Code; and

WHEREAS, Bankruptcy Code Section 362(a) states that the filing of a bankruptcy petition by a debtor "operates as a stay, applicable to all entities, of– (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title; (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate; (4) any act to create, perfect, or enforce any lien against property of the estate; (5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the

commencement of the case under this title; (6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title"; and

WHEREAS, on February 23, 2021, the Debtor filed a letter with the Court, ECF No. 16 (the "Debtor's February 23 Letter") stating, in substance, that a violation of the automatic stay has occurred; and

WHEREAS, on February 25, 2021, creditors Ravi Batra and Nel-Del Realty Associates, LLC (the "Creditors") filed a letter with the Court, ECF No. 19, stating, in substance and among other things, opposition to the Debtor's February 23 Letter; and

WHEREAS, from March 3, 2021 to March 5, 2021, the parties filed multiple responses with respect to, among other things, the Debtor's February 23 Letter; and

WHEREAS, on May 24, 2021, the Court held a conference on the Debtor's February 23 Letter, at which the Debtor, the Creditors, Robert Rambadadt as attorney for The Rambadadt Law Office and in his individual capacity, and the Chapter 7 Trustee appeared and were heard; and

WHEREAS, at the May 24, 2021 hearing, the parties consented that, without prejudice to any motion for relief from the automatic stay or for the automatic stay violation, a Court order may be entered to direct compliance with the automatic stay unless it is modified by this Court.

NOW, THEREFORE, it is hereby

ORDERED, that by operation of Bankruptcy Code Section 362(a), and on consent of the parties, the automatic stay remains in effect pending further order of this Court and operates as a stay, applicable to the Creditors and all entities, of the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Debtor that was or could have been commenced before the

commencement of this case, or to recover a claim against the Debtor that arose before the commencement of this case; and it is further

ORDERED, that the Creditors are directed not to violate the automatic stay to the extent that it is in effect as described above; and it is further

ORDERED, that this Order is without prejudice to any motion for relief from the automatic stay or for the automatic stay violation.



**Dated: Brooklyn, New York**
**May 24, 2021**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

TO:

Nicole Cumberbatch
*aka* Nicole Cumberbatch-Cox
*dba* Gloria's In & Out III
*dba* Gloria's In & Out 3
1553 Eastern Parkway
Brooklyn, NY 11233

Debra Kramer
Debra Kramer, PLLC
10 Pantigo Road
Suite 1
East Hampton, NY 11937

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

The Law Firm of Ravi Batra, P.C.
The Batra Building
142 Lexington Avenue
New York, NY 10016

Attn: BMW Financial Services NA, LLC Department
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113

The Rambadadt Law Office
20 W. 20th Street — 2nd Floor
New York, NY 10011