# Exhibit A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

NICOLE CUMBERBATCH    Chapter 7
*aka* Nicole Cumberbatch-Cox
*dba* Gloria's In & Out III    Case No.: 21-40360 (ESS)
*dba* Gloria's In & Out 3,

                       Debtor.
----------------------------------------------------------x

**ORDER SCHEDULING HEARING ON**
**SHORTENED NOTICE TO CONSIDER TRUSTEE'S**
**MOTION PURSUANT TO BANKRUPTCY RULE 9019**
**FOR ENTRY OF AN ORDER APPROVING STIPULATION BY**
**AND BETWEEN THE TRUSTEE AND YM EASTERN PARKWAY LLC**

Upon the motion of Debra Kramer, the chapter 7 trustee (the "Trustee") of the bankruptcy estate of Nicole Cumberbatch a/k/a Nicole Cumberbatch-Cox d/b/a Gloria's In & Out III d/b/a Gloria's In & Out 3 (the "Debtor"), seeking the entry of an order (the "Proposed Order") pursuant to Rule 9077-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of New York (the "Local Rules") scheduling a hearing on shortened notice to consider the Trustee's motion (the "9019 Motion")[1] seeking the entry of an order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure and section 105 of title 11, United States Code (the "Bankruptcy Code"), approving the terms of a stipulation of settlement (the "Stipulation") by and between the Trustee and YM Eastern Parkway LLC ("YM") (the Trustee and YM are collectively referred to as the "Parties" and each a "Party"), the approved purchaser of Debtor's real property located at 1553 Eastern Parkway Brooklyn New York 11233 (the "Real Property"); it is hereby

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the 9019 Motion.

1

**ORDERED**, that a telephonic hearing will be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of New York on _____, 2022, at _____, or as soon thereafter as counsel can be heard (the "Hearing"), to consider the 9019 Motion; and it is further

**ORDERED**, that on or before _____, 2022 at 5:00 p.m., the Trustee shall serve copies of this Order and the 9019 Motion (i) by electronic mail or overnight delivery to (a) Ms. Henry; (b) MYC; (c) the Debtor and her counsel; (d) the Office of the United States Trustee; (d) all parties, if any, that have filed a notice of appearance in the Debtor's case; and (ii) by first class mail to all of the Debtor's estate as set forth on the schedules filed by the Debtor with this Court or having filed a proof of claim with this Court; and it is further

**ORDERED**, that responses or objections, if any, to the relief sought in the Motion must be in writing, conform with the Bankruptcy Code and Rules, state with particularity the grounds thereof and be filed with the Court and served upon (i) counsel to the Trustee, SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Justin S. Krell, Esq., (ii) the Office of the United States Trustee for Region 2, 201 Varick Street, Room 1006, New York, New York 10004, and (iii) all parties that filed a notice of appearance in this case, and by sending a courtesy copy to Chambers of the Honorable Elizabeth S. Stong so as to be received on or before _____, 2022 at 4:00 p.m.; and it is further

**ORDERED**, that in accordance with Bankruptcy Rule 9006(c)(1), notice of the Hearing is shortened and shall be deemed to be sufficient and adequate if served in accordance with the terms of this Order.

**ORDERED**, that the Hearing will be conducted remotely via telephone. It is not necessary to request prior authorization to appear remotely. All participants, including attorneys, clients, and

*pro se* parties, may register to appear remotely as follows: Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgibin/nyebAppearances.pl at least two (2) business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number on the hearing date, and if appropriate, the party that you represent. You will receive instructions how to access the Hearing *via* email two (2) business days before the Hearing. On your hearing date, please connect at least ten (10) minutes before your scheduled hearing time, and keep your audio on mute until your case is called. Note that, depending on where your case is on the calendar, you may have to wait for a time with your phone on mute until your case is called.

Below are the instructions to dial in for the telephonic appearance:

1. Dial in Number 888-808-6929

2. Access Code – 8523285#

3. State your name each time before speaking

4. Avoid the use of a speaker phone, and use a landline if possible

5. If you are not speaking, keep your phone on mute.

2835339v1 / 067525.18 / JSK